# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DeMark Analytics, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TradingView, Inc.,<br><br>Defendant. | Case No. CV-23-00132-PHX-DJH<br><br>**[PROPOSED] ORDER** |

The Parties, having stipulated to the dismissal of this action in its entirety, with prejudice, and the Court having reviewed the Parties' Stipulation, and good cause appearing,

**IT IS ORDERED** that this case is dismissed in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs.